**No. 09-9105. Isidro Ibarra-Raya, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1923, 176 L. Ed. 2d 393, 2010 U.S. LEXIS 2422.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 356 Fed. Appx. 35.

**No. 09-9107. Courtney D. Hurt, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1923, 176 L. Ed. 2d 393, 2010 U.S. LEXIS 2434.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 574 F.3d 439.

**No. 09-9111. Jesus Frias-Cisneros, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1923, 176 L. Ed. 2d 393, 2010 U.S. LEXIS 2381.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 352 Fed. Appx. 718.

**No. 09-9113. Christopher Toby Hayes, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1924, 176 L. Ed. 2d 393, 2010 U.S. LEXIS 2383.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 351 Fed. Appx. 811.

**No. 09-9116. David Wayne Hull, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1924, 176 L. Ed. 2d 393, 2010 U.S. LEXIS 2484.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 359 Fed. Appx. 287.

**No. 09-9120. April Dawn Carver, Petitioner v. W. Elaine Chapman, Warden, et al.**

559 U.S. 1022, 130 S. Ct. 1924, 176 L. Ed. 2d 393, 2010 U.S. LEXIS 2542.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9121. Lena Celedon, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1924, 176 L. Ed. 2d 393, 2010 U.S. LEXIS 2505.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 278.

**No. 09-9123. Auburn Calloway, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1924, 176 L. Ed. 2d 393, 2010 U.S. LEXIS 2522.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.